

**FILED**

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0700

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0700

_____

SKYLER WILLARD, LACIE WILLARD,
individually and on behalf of;
R.C.R.W., R.A.W., and A.L.W., minor
children,

      Plaintiffs and Appellees,

v.

JOSEPH SCHMAUS, TRACI SCHMAUS,
and DOES 1-9,

      Defendants and Appellants.

_____

**O R D E R**

FILED

JAN 0 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellants Joseph Schmaus and Traci Schmaus have filed a motion for extension of time to file their opening brief. Appellees oppose the motion.

IT IS HEREBY ORDERED that Appellants motion is GRANTED, and Appellants shall have until February 4, 2024, to file their opening brief.

DATED this _____ day of January, 2024.

      For the Court,

      _____
      Chief Justice